**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**William SPRUILL, Defendant—
Appellant.**

**No. 05–7459.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 8, 2006.

Decided: April 4, 2006.

William Spruill, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Spruill appeals the district court's order denying Spruill's motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Spruill*, No. CR–99–117–RAJ (E.D.Va. July 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*